**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA, PHOENIX DIVISION

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Phoenix Pride Incorporated |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA Phoenix Pride <br> AKA The Phoenix Lesbian and Gay Pride Committee, Inc.   (PLGPC) <br> FKA The Phoenix Lesbian and Gay Pride Committee, Inc. (PLGPC) <br> AKA One Voice Community Center <br> AKA Gay Pride Committee, Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-0670912 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| | PO Box 16847 |
| 1430 N 5th St. <br> Phoenix, AZ 85004 | Phoenix, AZ 85011 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa | **Location of principal assets, if different from principal place of business** |
| County | 1430 N 5th St.   Phoenix, AZ 85004 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Phoenix Pride Incorporated | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| Debtor | Phoenix Pride Incorporated | Case number (*if known*) |
|---|---|---|
| | Name | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| |
|---|
| **Request for Relief, Declaration, and Signatures** |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 28, 2026
       MM / DD / YYYY

**X** /s/   Daniel Eckstrom _____      Daniel Eckstrom _____
Signature of authorized representative of debtor      Printed name

     daniele@phoenixpride.org _____
     Email Address of debtor

Title    President _____

**18. Signature of attorney**

**X** /s/ JoAnn Falgout _____      Date   May 28, 2026
Signature of attorney for debtor        MM / DD / YYYY

JoAnn Falgout 015052 _____
Printed name

Davis Miles - Tempe, AZ _____
Firm name

999 E. Playa del Norte Drive Ste 510
Ste 425
Tempe, AZ 85288 _____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   jfalgout@davismiles.com _____

015052 AZ _____
Bar number and State

Case 2:26-bk-05375-MCW    Doc 1    Filed 05/28/26    Entered 05/28/26 21:08:00    Desc
Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4
Main Document    Page 4 of 7

Fill in this information to identify the case:

Debtor name | Phoenix Pride Incorporated

United States Bankruptcy Court for the: DISTRICT OF ARIZONA, PHOENIX DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oracle Event Group 1712 N Bridalwreath St. Tempe, AZ 85281 | | contract/wages | | | | $1,600.00 |
| Pride Group, LLC PO Box 11100 Chandler, AZ 85248 | John Craiger jcraiger@polsinelli.com | Contract | Disputed | | | $418,886.31 |
| Wells Fargo Business Elite Card PO Box 77066 Minneapolis, MN 55480 | | Credit Card | | | | $11,770.90 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:26-bk-05375-MCW   Doc 1   Filed 05/28/26   Entered 05/28/26 21:08:00   Desc
Main Document     Page 5 of 7

Jerome S Gutkin 2022 Irrevocable Trust
1427 N. 3rd St. 120
Phoenix, AZ 85004


John Craiger
Polsinelli Law Firm
One East Washington St., Suite 1200
Phoenix, AZ 85004-2568


Oracle Event Group
1712 N Bridalwreath St.
Tempe, AZ 85281


Pride Group, LLC
PO Box 11100
Chandler, AZ 85248


Wells Fargo Business Elite Card
PO Box 77066
Minneapolis, MN 55480

# United States Bankruptcy Court
## District of Arizona, Phoenix Division

In re    Phoenix Pride Incorporated             Case No. _____

                                        Debtor(s)        Chapter      11 _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Phoenix Pride Incorporated    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 28, 2026                                   /s/ JoAnn Falgout

Date                                             JoAnn Falgout 015052

Signature of Attorney or Litigant

Counsel for    Phoenix Pride Incorporated

Davis Miles - Tempe, AZ

999 E. Playa del Norte Drive Ste 510
Ste 425
Tempe, AZ 85288
 Fax:
jfalgout@davismiles.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy