# Notice Recipients

District/Off: 0970–2        User: admin        Date Created: 5/29/2026

Case: 2:26–bk–05375–MCW        Form ID: ntcdefw        Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr        ZCHAPTER 11 FMC

                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust        U.S. TRUSTEE        USTPRegion14.PX.ECF@USDOJ.GOV

aty        Joann Falgout        jfalgout@davismiles.com

                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Phoenix Pride Incorporated        PO Box 16847        Phoenix, AZ 85011

                         TOTAL: 1